UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR140-C

| UNITED STATES OF AMERICA | ) |              |
|---|---|---|
|                          | ) |              |
|                          | ) | O R D E R    |
| v.                       | ) |              |
|                          | ) |              |
|                          | ) |              |
| ANTONIO BERNARD DEAN     | ) |              |
|                          | ) |              |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment, filed in the above-referenced matter as to this defendant only. (Doc. No. 9).

FOR GOOD CAUSE SHOWN, the government's motion to dismiss is hereby GRANTED, without prejudice.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

Signed: December 19, 2006

Robert J. Conrad, Jr.
Chief United States District Judge

# CERTIFICATE OF SERVICE

This is to certify that I have served the opposing party in this action with a copy of the foregoing Government's Notice of Dismiss the Bill of Indictment, by ECF filing a copy to the defendant's attorney of record:

Kevin Tate
Office of the Federal Defender
Charlotte, North Carolina


December 15, 2006


                                                          _____
                                                          /s/ C. NICKS WILLIAMS
                                                          ASSISTANT UNITED STATES ATTORNEY